FILE COPY

No. 07-14-00248-CR

| | | |
|---|---|---|
| Maurice Sean White<br>　Appellant | § | From the 108th District Court |
| | § | 　of Potter County |
| v. | | |
| | § | March 6, 2015 |
| The State of Texas<br>　Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 6, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o